440 A.2d 1244

Com. ex rel., Maiorano v. Maiorano, Appellant.

Argued June 1, 1981. Charles W. Proctor, III, for appellant; James G. Buckler, for appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

The order of the court below is hereby affirmed.